# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. CR04-257-MJP |
| v. | **DETENTION ORDER** |
| IVAN PHAN, | |
| Defendant. | |

Offenses charged:

Conspiracy to Distribute Marijuana and Conspiracy to Import Marijuana.

Date of Detention Hearing: March 20, 2012.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant was released in 2004 on an appearance bond and failed to appear for his arraignment. The Court therefore revokes the 2004 appearance bond. Since his release in 2004,

DETENTION ORDER - 1

defendant has been a fugitive.  The Court received no information about defendant's ties to the community, employment, residence or health, and defendant did not contest detention.  Given the nature of the offense, defendant is presumed detained.  He has presented nothing to overcome this presumption.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of March, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge